AO 468 (Rev. 01/09) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the

__Southern__ District of __Ohio__

| | |
|---|---|
| United States of America <br> v. <br> Matthew Borges <br> *Defendant* | ) <br> ) <br> ) Case No. 1:20-mj-00526-SKB <br> ) <br> ) |

## WAIVER OF A PRELIMINARY HEARING

    I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

    I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: 7/22/20

*Matthew Borges by KHS per authority*
*Defendant's signature*

*[signature]*
*Signature of defendant's attorney*

Karl H. Schneider (0012881)
*Printed name and bar number of defendant's attorney*

21 E. State St., Ste. 1700, Columbus, OH 43215
*Address of defendant's attorney*

kschneider@mcneeslaw.com
*E-mail address of defendant's attorney*

(614) 719-2843
*Telephone number of defendant's attorney*

(614) 469-4653
*FAX number of defendant's attorney*